IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary Sue Patrick<br>xxx-xx-4563<br>1203 Eland Downe<br>Phoenixville PA 19460<br><br>Debtor | : CHAPTER 13<br>:              14-13887<br>: CASE NO. ~~14-13387~~=SR<br>:<br>: HEARING DATE:<br>: TIME:<br>: LOCATION: COURT ROOM No.<br>: United States Bankruptcy Ct.<br>: 900 Market St., 2nd Floor<br>  Philadelphia, PA 19107 |

### ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,000.00 .

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtors prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: 12/22/14

STEPHEN RASLAVICH
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| HARRY FRANCIS BRENNAN | : | Case No. 14-11197 (MDC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that on this 17nd day of December, 2014, the refund check to HARRY FRANCIS BRENNAN was sent out via FedEx Express Saver, tracking number: 7722-8323-5170 in a propertystamped and address envelope to: Harry Francis Brennan, 7 Berkshire Drive, Wallingford, PA 19083. All the parties listed below were served by plancing copies thereof in the United States First Class mail, postage prepaid, address as follows:

Harry Francis Brenna
7 Berkshire Drive
Wallingford, PA 19083

and

William C. Miller, Esquire
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

This 17th day of December, 2014.

Daniel Saxton, Esq.
Georgia State Bar No. 628075

3400 Peachtree Road
Suite 1620
Atlanta, Georgia 30326
Phone: (770) 971-8414
E-mail: clientrelations@freemansaxton.com